UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Samuel Love*, | CASE NO. CV 15-1719-GHK (DTBx) |
|     Plaintiff, | PERMANENT INJUNCTION |
|     v. | |
| *John J. Petaishiski, et al.*, | |
|     Defendants. | |

This matter is before us on Plaintiff Samuel Love's ("Plaintiff") Application for Default Judgment against Defendants John J. Petaishiski and Deanna M. Petaishiski (collectively, "Defendants"). Based on the findings and conclusions in the January 5, 2016 Civil Minute Order issued simultaneously with this Permanent Injunction, we rule as follows:

Defendants and all of their officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with them and who receive actual notice of this Order are hereby **PERMANENTLY ENJOINED** and **RESTRAINED** from failing to have a van-accessible parking space at Peta's Car Care that complies with the 1991 Americans with Disabilities Act Accessibility Guidelines. Defendants are further notified that any act in violation of any of the terms of this Permanent Injunction may be considered and prosecuted as contempt of this Court.

**IT IS SO ORDERED**.

DATED: January 5, 2016

_____
GEORGE H. KING
Chief United States District Judge