JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Samuel Love*, | CASE NO. CV 15-1719-GHK (DTBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *John J. Petaishiski, et al.*, | |
| Defendants. | |

Pursuant to the Court's January 5, 2016 Order, **IT IS ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff Samuel Love against Defendants John J. Petaishiski and Deanna M. Petaishiski (collectively, "Defendants"). Defendants are also hereby enjoined as described in the January 5, 2016 Permanent Injunction issued simultaneously with this Judgment. We shall retain jurisdiction to hear any proceeding arising out of this Judgment and to construe, enforce, or implement this Judgment.

**IT IS SO ORDERED**.

DATED: January 5, 2016

_____
GEORGE H. KING
Chief United States District Judge