JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>John J. Petaishiski et al.,<br><br>　　　　　Defendants. | EDCV 15-1719-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendants' Motion to Dismiss filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Americans with Disabilities Act of 1990 claims are DISMISSED WITH PREJUDICE, and Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE to refiling in state court. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　　3/9/17

　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　Chief United States District Judge

1